# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| DESHAUN GRIFFIN | CIVIL ACTION |
| VERSUS | |
| WHITNEY COLLAN | NO. 21-00161-BAJ-RLB |

## RULING AND ORDER

Before the Court is Plaintiff's Complaint. (Doc. 1). The Magistrate Judge has issued a **Report and Recommendation (Doc. 3)**, recommending that the Court dismiss Plaintiff's federal claims against CIA Agent Whitney Collan as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A. The Magistrate Judge further recommended that the Court decline the exercise of supplemental jurisdiction over Plaintiff's potential state law claims. The Report and Recommendation was untimely unopposed. (Doc. 5). In the opposition, Plaintiff admits that he "is lacking the evidence to his claim," and requests a private investigator and appointment of counsel to investigate Defendant's alleged surveillance of him. (Doc. 5, p. 2).

Having carefully considered the underlying Complaint and related filings, the Court **APPROVES** the Magistrate Judge's Report and Recommendation, and **ADOPTS** it as the Court's opinion herein.

Accordingly,

**IT IS ORDERED** that Plaintiff's federal claims against Defendant are **DISMISSED WITH PREJUDICE** as legally frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915(e) and 1915A.

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over any state law claims.

A separate judgment will be issued.

Baton Rouge, Louisiana, this 25th day of June, 2021

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**